UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MORRIS | CIVIL ACTION NO. 6:18-CV-01323 |
| | SEC P |
| VERSUS | JUDGE JUNEAU |
| LAFAYETTE PARISH CORRECTIONAL CENTER ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 6th day of January, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE